1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CHRISTOPHER B. NASH,              Case No. EDCV 14-2523 SS

12                  Plaintiff,

13        v.                           **JUDGMENT**

14   CAROLYN W. COLVIN, Acting
     Commissioner of Social
15   Security,

16                  Defendant.

17

18        IT IS ADJUDGED that the decision of the Commissioner is

19   REVERSED and that the above-captioned action is REMANDED to the

20   Commissioner for further action consistent with the Court's

21   Memorandum Decision and Order.

22

23   DATED: January 5, 2016

24
                                        _____  _____
25                                           /S/
                                        SUZANNE H. SEGAL
26                                      UNITED STATES MAGISTRATE JUDGE

27

28